UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS
COMPLAINT

Use this form to make corrections to your complaint. For example, you may need to change the list of defendants to include a person whose name you did not know at the time you filed your lawsuit. If you are amending your complaint after the Court has issued a Section 1915A Ruling and Order, make sure that you do not include any claims or defendants that the Court has dismissed.

CASE NO. _____

PLAINTIFF(S) Write the name(s) of the person(s) complaining

Francisco Olivencia
_____
_____
_____
_____

SCANNED _t MWCF
and Emailed
5/28/2021  ST  07 pages
Date   Initials  No.

VS.

DEFENDANT(S) Write the name(s) of all person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe". Include the defendant's rank or title and place of employment if you know it.

Mrs. PUN
_____
John Doe
_____
_____
_____
_____

Rev. 10-5-15

Please complete every section and SIGN THE LAST PAGE.

A.    **JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1.    _____✓_____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2.    _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

B.    **PLAINTIFF(S)** (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1.    First Plaintiff
      a.    Full Name: Francisco Olivencia
      b.    Inmate Number: 360284
      c.    Correctional facility: McDougall Correctional Instituon

2.    Second Plaintiff
      a.    Full Name:
      b.    Inmate Number:
      c.    Correctional facility:

C.    **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

Do not include any defendants who the Court has already dismissed from your case.

1.    First Defendant
      a.    Full Name: Mrs. PUN
      b.    Rank or Title: c/o correctional officer
      c.    Workplace: Bridgeport County Correctional

2.    Second Defendant
      a.    Full Name: John Doe
      b.    Rank or Title: correctional officer c/o

    c.    Workplace: Bridgeport County Correctional

3.    <u>Third Defendant</u>

    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

4.    <u>Fourth Defendant</u>

    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

5.    <u>Fifth Defendant</u>

    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

6.    <u>Sixth Defendant</u>

    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

**D.**    **PREVIOUS LAWSUITS**

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages.

1.    <u>First Lawsuit</u>

    a.    Court and Date filed:

    b.    Caption and Docket No.:

    c.    Briefly, what was this lawsuit about?

    d.    Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

2. <u>Second Lawsuit</u>

    a.    Court and Date filed:

    b.    Caption and Docket No.:

    c.    Briefly, what was this lawsuit about?

    d.    Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

3. <u>Third Lawsuit</u>

    a.    Court and Date filed:

    b.    Caption and Docket No.:

    c.    Briefly, what was this lawsuit about?

    d.    Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

1. AT ALL TIMES THROUGHOUT THIS COMPLAINT ALL defendants acted under the color of law and

2. Are being sued in their individual capacity for monetary gain, and in

3. Their official capacity for injunctive relief.

4. On December 1, 2020 while exiting his cell the plaintiff was viciously assaulted

5. By a inmate Kashik Tang # 429192. A officer Pun watched the assault take place

6. From the officers station. After the fright and shock of the initial blow

7. While the plaintiff was trying to make sense of it all a officer John Doe

8. Rushed the plaintiff, picked him up off of his feet and violently slammed

9. The plaintiff onto the concrete floor shattering/breaking his knee. e.g. see exhibit "EXH)A (conn Health Orthropedic report

10. Causing grave and excruciating pain and suffering

11. OFFICER PUN WHO WITNESSED THE INCIDENT FROM THE OUTSET

12. IMMEDIATELY WENT INTO PROTECTIVE MODE OF THE ASSAULTING OFFICER JOHN DOE AND

13 FALSIFIED A DISCIPLINARY REPORT THAT ACCUSED THE PLAINTIFF OF FIGHTING AND THROWING THE FIRST PUNCH

14 IN AN ATTEMPT TO STRIP THE PLAINTIFF OF HIS PROCEDURAL DUE PROCESS CONSTITUTIONAL RIGHTS

15 e.g. SEE AND EX. B DISCIPLINARY REPORT DATED 12/1/2020 OFFENSE "FIGHTING"

16 MOREOVER NOTE: EX. B CN9504/2 DISCI- PLINARY PROCESS REPORT "BASIS FOR FINDING"

17 "DISMISSED BY COORDINATOR, UPON INVESTIGATION IT WAS DETERMINED INMATE WAS ASSAULTED"

18 WHICH PROVES THAT OFFICER PUN FALSIFIED THE ORIGINAL REPORT WRITTEN ON 12-1-2020

[2]

19 The PLAINTIFF Then begAN To File A series of GRieVANces To exhAUST his In house Remedies

20 e.g see Ex c. GRieVANce (GRie") DATed 12-26-2020 Pg 2 OF2 ANd noTe ("R Wod") ReTURNed WithoUT disPosiTion

21 ALso noTe In exc. FoRm "CN9606 GRieVANce ReTURNed WiThoUT disPosiTion ("RWod") DATed 1-14-2021, ReAson (S)

22 ANo.1 A InmATe mUST ATTemPT To Resolve PRoblem ThRoUgh RequesT SysTem FiRST

23. moReoveR see Ex.c. Pg 6 (6) OF 14 LeTTeRE ANd noTe AT The boTTom oF E secTion

24. IT ReAds ThAT RWod signAFies ThAT The GRievANce hAs noT been PRoPeRly Filed, ANd

25 ThAT The GRievANce CAN be ReFiled once The ERRoR Is coRRecTed.

26 moReoveR noTe ThAT TheRe's no Time Limit FoR how Long A PRisoNeR hAs To ReFile GRieVANce

27 The DOC RecenTly Revised 9.6 diRecTiVe To Include 5 dAy Time BAR To ReFile GRievANce RWod WhichIndicATes They KRW

[3]

28 THAT They hAd ERRed by NOT Including TIME bAR In section "E" OF Pg 6 OF 14

29 IN The old 9.6 directives ANd This IS Why They Revised ANd CorRected Their mis-hAp e.g. see 9.6 directive EX.C pg 6 OF 14 "E"

30 by Including A 5 dAy TIME bAR In The New Revised 9.6 directive.

31 MOREOVER, The 2Nd CiR COURT OF AppeAls noted IN ChRistmAN VS KiNNER, THAT

32 CONNECTICUT pRison OFFiciAls MUST Ad-here by The AdminiStrATive Directives

33 They'Re A set OF GuideliNes pRO mUlGATed PURSUANT 18-81 THR 18-84 OF The

34 Connecticut GeNeRAl STATUTes ("C.G.S.") THAT sets The pARAmeteRs OF opeRATionS

35 The 2Nd CiR. ALso Ruled THAT A gRievANce IS NOT AvAilAble IF IT leAds TO A deAdeN

36 THAT The GRievANce IS so opAgUe THAT ITs Im-possible TO ReAch A FiNAl Resolution, CR

[4]

37 THAT PRISON OFFICIALS REFUSE TO PRO-
CESS GRIEVANCE THROUGH MACHINATION

38 NEXT SEE EX. D GRIEVANCE DATED 2-20-21
AFTER PLAINTIFF CORRECTED GRIEVANCE

39 IN ACCORDING WITH SECTION E OF 9.6 DIREC-
TIVES EX. C. AND REFILED IT.

40. NOTE THAT THE GRIEVANCE WAS REJECTED
ON PAGE 2 OF 2 — 3-4-21 SAYING THAT
THE PLAINTIFF WAS TIME BARRED

41 BECAUSE THE GRIEVANCE WAS FILED WITHIN
30 DAYS OF OCCURENCE OF INCIDENT THOUGH

42 THE ORIGINAL GRIEVANCE IN EX C WAS
FILED IN A TIMELY FASHION AND RWOD."
WHICH FALLS WITHIN #5 35, 36, 37 SUPRA!

43 NEXT SEE MEDICAL GRIEVANCE DATED
2-25-21 WHICH IS A MEDICAL GRIEVANCE

44 NOTE ON FACE PAGE 1 OF 2 SECTION "B" THE
PLAINTIFF CHECKS ALL OTHER HEALTHCARE
ISSUES. NOW SEE DISPOSITION PG 2 OF 2 SAME
DOCUMENT AND NOTE [5]

45 Again Through MACHINATION The Medical PRISON OFFICIALS SPOLIATE The GRIEVANCE PROCESS

46 MAKING ANY REMEDY UNAVAILABLE SEE EX E, 8.9 directive Pg 30f5 #11

47. The Disposition Given on Pg 2 OF 2 Reason; Dated 2-25-21 Ex.D

48 "No FURTHER ACTION" CAN ONLY be Administered When PLAINTIFF

49 Checks LETTER B on FACE PAGE And Checks diagnosis And TREATMENT

50 because The PLAINTIFF Checked "All other HEALTH CARE ISSUES"

51 This Check FAll UNDER EX E Pg 4 OF 5 #12 Review OF Administrative Issues

52 And MUST be Adjudicated UNDER The MANNER Set FORTH on Pg 4 OF 5 #12, EXE

53 Because IT WAS NOT Again This WAS No REMEDY AVAILABLE And GRIEVANCE EXHAUSTED

[6]

EX Hibit "A"
1 PAge

1. Uconn HeALTh - ORThopAedie -
OPeRATIVe RepoRT DATed 12-11-2020


**UCONN**
**HEALTH**

UConn Health
263 Farmington Ave
Farmington CT 06030

Olivencia, Francisco J
MRN: T01375616, DOB: 8/19/1991, Sex: M
Adm: 12/11/2020, D/C: 12/12/2020

**12/11/2020 - Admission (Discharged) in UConn Health Department of Ortho/Surgery (continued)**

Clinical Notes (continued)

### Orthopaedic Operative Report

Patient: Francisco J Olivencia
MRN: T01375616
DOB: 8/19/1991
DOS: 12/12/2020

Preoperative Diagnosis: Transverse Right Patellar Fracture

Postoperative Diagnosis: Transverse Right Patellar Fracture

Procedures: Open Reduction, Internal Fixation Transverse Right Patellar Fracture

Attending:
Surgeon(s) and Role:
  * Rodner, Craig M, MD - Primary

Assistant(s):
  * O'Brien, Daniel, MD - Resident - Assisting
  * Lebaschi, Amir, MD - Resident - Assisting


Anesthesia: General with regional block

Intraoperative Findings: Mild comminution about fracture site

Implants:

| Implant Name | Type | Inv. Item | Serial No. | Manufacturer | Lot No. | LRB | No. Used | Action |
|---|---|---|---|---|---|---|---|---|
| 4MM X 36MM, ASNIS III CANNULATED SCREW, PARTIALLY THREADED, TITANIUM | Ortho Screw | | | | | Right | 1 | Implanted |
| 4MM X 38MM, ASNIS III CANNULATED SCREW, PARTIALLY THREADED, TITANIUM - LOG101597 | Ortho Screw | 4mm x 38mm, Asnis III Cannulated Screw, Partially Threaded, Titanium | | Stryker Orthopaedics | | Right | 1 | Implanted |


Fluids: 400cc LR

EBL: 25cc

Specimens: * No order type specified *

Drains: none

EX Hibit "B"

TOTAL PAGES = 4

1. DISCIPLINARY REPORT DATED 12-1-2020

2. DISCIPLINARY PROCESS SUMMARY REPORT
   REPORT DATE 12-1-2020



# Disciplinary Report
## Connecticut Department of Correction

CN 9503/1
REV 10/01/19

| Facility/Unit: *Bridgeport Correctional Center* | Report date: *12/1/2020* |
|---|---|
| Inmate name: *Olivencia, Francisco* | Inmate number: *360284* |

| Housing unit: *39A* | Location of incident: *39A Corridor 7* |
|---|---|

| Report number: | Incident date: *12/1/2020* | Incident time: *6:51* ☐ am ☒ pm |
|---|---|---|

| Offense: *Fighting* | Offense class: ☒ A  ☐ B  ☐ C |
|---|---|

**Description of violation:**

*On December 1st, 2020 at approximately 6:51 P.M. Inmate Olivencia, Francisco #360284 exited cell A7-11 and closed fist strike inmate Tariq, Kashif #429192. This Warrants a Disciplinary Report for Fighting.*

**Witness(es):**

**Physical evidence:**

| Reporting employee (print): *Pun* | Title: *Correction Officer* |
|---|---|

Reporting employee (signature): *[signature]*

| Date: *12/1/2020* | Time: *9:15* ☐ am ☒ pm | Employee requests copy: ☐ yes ☒ no |
|---|---|---|

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☒ Administrative Detention | Date: *12-1-2020* | Time: *7:15* ☐ am ☒ pm |
|---|---|---|

| ☐ Accused inmate interviewed | ☐ Informal disposition |
|---|---|

Custody Supervisor / Unit Manager name (print): *Marfins*

Custody Supervisor / Unit Manager signature: *[signature]*

| Title: *LT* | Date: *12-2-2020* | Time: *4:15* ☐ am ☒ pm |
|---|---|---|

### INMATE NOTICE

| Delivered by (print): *MA. Smith* | Delivered by (signature): *Smith* |
|---|---|

| Title: *Correction Officer* | Date: *12/2/20* | Time: *4:30* ☐ am ☒ pm |
|---|---|---|

☐
- Check if inmate receiving disciplinary report is placed on a Behavioral or Mental Health Observation Status.
- If applicable, delivering officer must read the Disciplinary Report to the inmate and leave the copy at the Officers Station.
- Once a qualified mental health provider deems that the inmate can retain paper, the Disciplinary Report shall be issued to the inmate in accordance with this directive.
- Note: Timeframes associated with the disciplinary report process for inmates initially placed on Behavioral or Mental Health Status shall not be altered and will continue as outlined in this directive.



# Disciplinary Report
## Connecticut Department of Correction

CN 9503/2
REV 10/01/19

| Investigator: | Receipt date: | Time: | ☐ am ☐ pm |
|---|---|---|---|

**Attempt, accessory and conspiracy: When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.**

## CLASS A OFFENSES

Alteration of a specimen
Arson
Assault
Assault on a DOC employee
Bribery
Contraband (dangerous instrument, escape item, unauthorized currency, drug and/or tobacco, drug and/or tobacco paraphernalia, intoxicating substance, tattoo equipment, wireless communication device or component)
Creating a disturbance
Destruction of property ($100 or more)

Escape
Escape from PCS Supervision
Falsely Reporting an Incident
Felonious misconduct
Fighting
Flagrant disobedience
Hostage holding
Hostage holding of a DOC employee
Impeding order
Interfering with safety or security
Intoxication
Possession of Sexually Explicit Materials

Public Indecency
Refusal or Removal Of an Institutional Program or Policy
Refusal to give a specimen
Refusing Housing
Riot (declaration by DOC Commissioner)
Secreting identity
Security Risk Group Affiliation
Security tampering
Self-mutilation
Sexual misconduct
Theft ($100 or more)
Threats
Violation of Program Provisions

## CLASS B OFFENSES

Bartering
Causing a disruption
Contraband (unauthorized items, items in excess of authorized amounts.

Destruction of property (under $100)
Disobeying a direct order
Gambling
Giving false information

Insulting language or behavior
Misdemeanant misconduct
Out of place
Theft (under $100)

## CLASS C OFFENSES

| Disorderly conduct | Lingering | Sanitary/housing violation | Violation of unit rules |
|---|---|---|---|

### Waiver of 24-hour Notice

I hereby waive my right to a 24-hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate signature: | Date: |
|---|---|
| Witness signature: | Date: |

### Waiver of Appearance

I hereby waive my appearance at the disciplinary hearing.  This does not constitute a guilty plea.

| Inmate signature: | Date: |
|---|---|
| Witness signature: | Date: |

### Guilty Plea

I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate signature: | Date: |
|---|---|
| Investigator/hearing officer signature: | Date: |

### Deferral of prosecution

| ☐ Prosecution deferred by Disciplinary Coordinator | Through date: |
|---|---|
| Disciplinary Coordinator signature: | Date: |
| Inmate signature: | Date: |



# Disciplinary Process Summary Report
## Connecticut Department of Correction

CN 9504/1
Rev 10/01/19

| Facility/Unit: Bridgeport Correctional Center | Housing unit: Hospital |
|---|---|
| Report date: 12-01-2020 | Report number: BCC-20-12-006 | Hearing date: N/A |

| Facility/Unit: Bridgeport Correctional Center | Housing unit: Hospital |
|---|---|
| Report date: 12-01-2020 | Report number: BCC-20-12-006 | Hearing date: N/A |
| Inmate name: Olivencia, Francisco | Inmate number: 360284 |
| Reporting employee: Pun | DHO: N/A |
| Investigator: Carrion | Advisor: **N/A** |

| Inmate appearance: | ☐ yes | ☒ no | Reason: Dismissed |
|---|---|---|---|

☐ Suspended sentence

| ☐ Deferred prosecution | Number of days  N/A | Through:  **N/A** |
|---|---|---|
| ☒ Charge dismissed | By: **LT Garibaldi** | Reason: **I/M Was Assaulted** |

Continuances (dates and reasons):

**SANCTIONS:**

### SUMMARY

| | Charge/class | Plea | Finding | Forfeiture of Risk Reduction Earned Credits: | | |
|---|---|---|---|---|---|---|
| Original | **Fighting** | N/A | Dismissed | ☐ -10 | ☐ -15 | ☐ - 25 |
| Substitute | | | | ☐ - 60 | ☐ - _____ | |

| ☐ Confidential information | Reliability: | | |
|---|---|---|---|

| Documentation submitted: | ☐ Incident report | ☒ Medical incident report |
|---|---|---|
| | ☐ Use of force report | ☐ Other (specify) |

| Witness name: **N/A** | appearance ☐ | yes | ☐ no |
|---|---|---|---|

Testimony: **N/A**

| Witness name:  **N/A** | appearance ☐ | yes | ☐ no |
|---|---|---|---|

Testimony:  **N/A**

| Witness name:  **N/A** | appearance ☐ | yes | ☐ no |
|---|---|---|---|

Testimony:  **N/A**

| ☐ Witness exclusion | Name:  **N/A** | Reason:  **N/A** |
|---|---|---|

Physical evidence, written testimony: **N/A**



# Disciplinary Process Summary Report
## Connecticut Department of Correction

CN 9504/2
Rev 10/01/19

Basis for finding:

# Dismissed by Coordinator upon investigation it was determined I/M was assaulted

Basis for sanctions:

# Disciplinary Report was Dismissed

### DISPOSING OFFICER

| | |
|---|---|
| Hearing officer signature: | Date: |
| Disciplinary coordinator signature: _L.T. Newell_ | Date: 12/3/2020 |
| Investigator signature: | Date: 2-3-2020 |

### INMATE NOTICE

You may appeal a finding of guilty by a hearing officer within 15 days.

| | |
|---|---|
| Delivering officer signature: | Date: |

Copies (5):  investigator, reporting employee, inmate, disciplinary file and inmate master file

EXHibiT "C"
TOTAL 5 PAGES

1. GRIEVANCE DATED 12-26-2020 PGS 1 OF 2
   AND 2 OF 2

2. GRIEVANCE RETURNED WiThOUT diS-
   POSiTiON FORM DATED 1-14-2021

3. 9.6 DiRECTIVES PGS 6 OF 14 AND 7 OF 14
   End

*page 1 of 2*



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: Bridgeport | Date: 12/26/2020 |
|---|---|
| Inmate name: Francisco Olivencia | Inmate number: 360284 |

## SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

**Follow the instructions and Refer to Section 2 below**
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

| | | |
|---|---|---|
| **A.** [X] | **I am filing a Grievance.** | |
| | • Prior to filing a grievance, you must attempt informal resolution. | |
| | • Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached. | |
| | • Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. | |
| **B.** [ ] | **I am requesting a Health Services Review.** | |
| | [ ] All Other Health Care Issues    [ ] Diagnosis/Treatment | **Complete Section 4** |
| **C.** [ ] | **I am filing an Appeal of a (select one below): *(Appeals must be filed within 15 days of notification of a decision.)*** | |
| | [ ] Disciplinary Action | > **Complete Section 3 below** |
| | [ ] Special Management Decision    [ ] Classification Decision | > |
| | [ ] Media Review Committee Decision    [ ] Furlough Decision | > |
| | [ ] Security Risk Group Designation    [ ] ADA Decision | > **Complete Section 4** |
| | [ ] Determination of Grievance Process Abuse    [ ] Rejection of Outside Tapes/CDs | > |
| | [ ] Rejection of Correspondence | > |

## SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
• Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |
| Did you have an advisor?    [ ] yes [ ] no | If yes, name of advisor: |
| Did you identify witness (es) to the investigator?    [ ] yes [ ] no | Did your witness (es) testify?    [ ] yes [ ] no |
| Name(s) of any witness(es): | |

*PAGE 2 OF 2*

| CONFIDENTIAL (FOR OFFICIAL USE ONLY) | Inmate name: Francisco Olivencia |
|---|---|
| | Inmate number: 360284 |
| | Housing: Back Hospital 1cell |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

No Request form Attached, No reformal resolution...

ON Dec 1, 2020 Aprox 6:51 PM I francisco Olivencia # 360284 was given a direct order to exit 39 A 7-11 cell for A Anual cell Shakedown, While exiting the cell I was assualted by inmate Tariq Kashif # 429182 after being assaulted Correction officer Beardy and others C/o which aura Camera shows handled me with excessive force and slammed me on the ground which resulted my right knee cap to be split and shifted and broken. which then it was determined that I needed Surgery and immidiate Hospital care over night I came back from St.Vincent Hospital then immidiately Housed in Bcc Back Hospital till my day for Surgery which was on Dec 11, 2020 I then return back from Uconn to Bcc Back Hospital in attempt to recover from surgery which stated it would be 3-4 months process for duration, During my recovery and stay at Bcc Back Hospital dued to the poor Sanatation and lack of Covid 19 prevention rules I francisco Olivencia # 360284 contracted Covid 19

I would like for All officers that were called to Respond on Code which resulted on my injury to be repimanded and noted that the use of excessive force is not allowed and to not happening in near future and to not abuse the color of state law.

Inmate signature: Francisco Olivencia (F)   Date: 12/26/2020

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW.

| Date Received: | IGP #: | T#: |
|---|---|---|

| Disposition: R.W.O.D | Date of Disposition: |
|---|---|

Reason:

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
|---|---|
| Signature: | Date: |



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Olivencia, Francisco | Inmate number: 360284 | |
|---|---|---|

| Facility/Unit: BCC | Housing unit: Hosp. | Date:   1/14/2021 |
|---|---|---|

Return log number:  **123-21110**

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**
In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a Grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.  (Rev date: 9/20/2017)

3. ☐ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

- You must attempt to resolve the issue informally by utilizing the Inmate Request Form system and the Chain of Command before submitting an Administrative Remedy Form. (Lieutenant, Captain, Deputy Warden, and Warden.)
- Please note that inmates do not dictate staff discipline.
- All administrative remedies form ***must*** be placed into the administrative remedies box.

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator:   Counselor Geter | Date:   1/14/2021 |
|---|---|

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 5 of 14 |
|---|---|---|
| Title | Inmate Administrative Remedies | |

each year. The report shall include the findings and recommendations of the evaluation process, statistical data regarding the number and type of remedies and dispositions. For the Inmate Administrative Remedies Process, the report shall also include the level of disposition, sample responses from each level, remedies granted, and evidence of compliance with time limits at each level of decision.

H. **Petitions.** Petitions are not an authorized method of accessing the Inmate Administrative Remedies Process and shall not receive a written response. Inmates must use the Inmate Administrative Remedies Process to seek formal review of an issue.

I. **Reprisal against Staff.** No staff member who participates in the processing of an administrative remedy shall be affected negatively for participation in the resolution of any administrative remedy.

J. **Reprisal against Inmates.** No inmate shall suffer negative consequences such as denial or limitation of access to any privilege, service or program offered by the facility either formally or informally for good faith participation in the Inmate Administrative Remedies Process as outlined in Administrative Directive 2.17, Employee Conduct.

K. **Connecticut Inmates Housed in Other States/Jurisdictions.** Connecticut inmates housed in other states/jurisdictions must utilize and exhaust the Inmate Administrative Remedies Process of the receiving state/jurisdiction for an issue relating to any aspect of an inmate's confinement that is subject to the receiving state/jurisdiction's authority.

Connecticut inmates housed in other states/jurisdictions shall have 30 calendar days to file a grievance with the Connecticut Department of Correction upon exhausting the receiving state/jurisdiction's Inmate Administrative Remedies Process.

6. **Inmate Grievance Procedure.** The Inmate Grievance Procedure shall be the administrative remedy for any issue relating to policy and procedure, and compliance with established provisions.

A. **Informal Resolution.** An inmate must attempt to seek informal resolution prior to filing an inmate grievance. The inmate may attempt to resolve the issue verbally with the appropriate staff member or with a supervisor/manager. If the verbal option does not resolve the issue, the inmate shall submit a written request via CN 9601, Inmate Request Form. The inmate must clearly state the problem and the action requested to remedy the issue. The request must be free of obscene or vulgar language or content. The completed CN 9601, Inmate Request Form shall then be addressed to the appropriate staff member and deposited in the appropriate collection box. The Unit Administrator shall ensure that inmate request forms are collected and delivered in a timely manner. Inmate request forms shall be available in all housing units. A response to the inmate shall be made within 15 business days from receipt of the written request. The Unit Administrator shall post in each housing unit a list of staff members to whom inmate requests should be addressed to for each of the grievable subjects.

B. **Grievable Matters.** All matters subject to the Commissioner's authority for which another remedy is not provided are grievable. Refer to Section 4 of this Directive for a list of administrative remedies other than the Inmate Grievance Procedure.

| Directive Number 9.6 | Effective Date 8/15/2013 | Page 6 of 14 |
|---|---|---|
| Title | Inmate Administrative Remedies | |

C. **Filing a Grievance.** An inmate may file a grievance if the inmate is not satisfied with the informal resolution offered. The inmate shall attach CN 9601, Inmate Request Form, containing the appropriate staff member's response, to the CN 9602, Inmate Administrative Remedy Form. If the inmate was unable to obtain a blank CN 9601, Inmate Request Form, or did not receive a timely response to the inmate request, or for a similar valid reason, the inmate shall include an explanation indicating why CN 9601, Inmate Request Form, is not attached. The completed CN 9602, Inmate Administrative Remedy Form, along with any relevant documents, shall be deposited in the Administrative Remedies box. The grievance must be filed within 30 calendar days of the occurrence or discovery of the cause of the grievance.

D. **Disposition and Remedy.** Each inmate grievance shall be reviewed, investigated and decided with the outcome indicated by one of the following dispositions: Rejected, Denied, Compromised, Upheld or Withdrawn. Each disposition shall be documented on CN 9602, Inmate Administrative Remedy Form and, when applicable, CN 9604, Inmate Grievance Appeal Form - Levels 2/3. Grievances that are upheld shall be given an appropriate and meaningful remedy. Such remedies may include, but not be limited to:

1. corrective action to rectify the matter being grieved;
2. changes in written policies and procedures or in their interpretation or application;
3. enforcement of existing policies and procedures; or,
4. development of policies and procedures pertaining to the grievance.

E. **Grievance Returned Without Disposition.** A grievance may be returned without disposition to the inmate for failure to:

1. attempt informal resolution;
2. adequately explain why a response to CN 9601, Inmate Request Form, is not attached; or,
3. comply with the provisions of Section 5(E)(1-5) of this Directive.

Returned without disposition signifies that the grievance has not been properly filed and may be re-filed after the inmate has corrected the error. CN 9606, Grievance Returned Without Disposition shall be attached to all grievances returned without disposition to indicate the reason for the return.

F. **Rejection of Grievances.** Any grievance which does not meet the criteria specified in Sections 5(E)(6 and 7) and 6(A through C) of this Directive may be rejected.

G. **Grievance Appeals.** A grievance that is denied or rejected may be appealed to the next level as provided for in Sections 6(K) and 6(L) of this Directive. A grievance returned without disposition due to a failure to comply with the procedural requirements of Sections 5(E)(1-5) and 6(D) of this Directive may not be appealed.

H. **Appropriate Review.** A grievance about a matter that is beyond the authority of lower level(s) of review may be sent by the lower level reviewer directly to the appropriate level of review. In such case the time limit(s) of the lower level(s) shall be combined with the time limit of the appropriate review level and the grievant shall be

| Directive Number | Effective Date | Page 7 of 14 |
|---|---|---|
| 9.6 | 8/15/2013 | |
| Title | | |
| Inmate Administrative Remedies | | |

notified of the review process and of the time frame for response. If the grievance is upheld, the time necessary to implement the change(s) may exceed the time limit for review.

I. **Level 1 Review.** The Level 1 decision shall be made by the Unit Administrator. The grievance shall be reviewed for compliance with the Inmate Grievance Procedure and investigated if the grievance is accepted. The response shall be in writing within 30 business days of receipt by the Level 1 Reviewer and shall include a statement of the remedy for a grievance that is upheld or compromised, or of the reason a grievance is denied or rejected. The Level 1 Reviewer shall notify the inmate of the Level 1 disposition and, if necessary, shall include an appeal form. If a response to a Level 1 grievance is not received within 30 business days, an inmate may appeal to Level 2.

J. **Time Limit Extensions.** With notice to the grievant, a reviewer may extend the time limit for a response up to 15 business days using CN 9605, Inmate Grievance Procedure - Notice of Time Extension. A grievant may request a time extension of up to 15 calendar days to file an appeal by sending a written CN 9601, Inmate Request Form, to the Administrative Remedies Coordinator. A request by the grievant may be granted at the discretion of the reviewer to whom the appeal is to be sent.

K. **Level 2 Review.** An inmate may appeal a Level 1 disposition to Level 2 within five (5) calendar days of receipt of the decision. The Level 2 review shall be made in accordance with the following:

1. A grievance appeal filed by an inmate confined in a Connecticut correctional facility shall be decided by the appropriate District Administrator.
2. A grievance appeal filed by an inmate housed out of state shall be decided by the Director of Sentence Calculation and Interstate Management (SCIM)
3. A grievance appeal filed by an inmate supervised in the community shall be decided by the Director of Parole and Community Services.

The Level 2 response shall be in writing within 30 business days of receipt by the Level 2 Reviewer and shall include a statement of the remedy for a grievance, which is upheld or compromised, or of the reason a grievance is denied or rejected. Level 2 shall be the final level of appeal for all grievances except as provided in Section 6(L) of this Directive.

L. **Level 3 Review.** An inmate may appeal a Level 2 disposition to Level 3 within five (5) calendar days of receipt of the disposition when such review is restricted to a grievance that:

1. challenges Department level policy;
2. challenges the integrity of the grievance procedure; or,
3. Exceeds the established 30 business day time limit for a Level 2 grievance response.

The Level 3 review shall be made by the Commissioner or designee. The response shall be in writing within 30 business days of receipt by the Level 3 Reviewer.

| Directive Number | Effective Date | Page 8 of 14 |
|---|---|---|
| 9.6 | 8/15/2013 | |
| Title | | |
| Inmate Administrative Remedies | | |

M. **Limitations.** Any Level-2 Administrative Remedy submitted as a result of an inmate not receiving a response to a level-1 Administrative Remedy within 30 business days, must be filed within 65 days from the date of filing the Level-1 Administrative Remedy.

Any Level-3 Administrative Remedy submitted as a result of an inmate not receiving a response to a Level-2 Administrative Remedy within 30 business days, must be filed within 35 days of filing the Level-2 Administrative Remedy.

All inmates shall be subject to these limitations. Any Administrative Remedy that exceeds the time limits set forth above shall be rejected.

N. **Withdrawal.** An inmate may withdraw a grievance. A grievance withdrawal must be filed in writing utilizing CN 9607, Inmate Grievance Withdrawal Form.

O. **Abuse.** An inmate may be deemed to be abusing the grievance procedure if any of the following conditions are met:

1. an inmate files more than seven (7) grievances in any 60 day calendar period;
2. an inmate files repetitive grievances addressing the same issue when the established time for response has not elapsed;
3. an inmate files repetitive grievances when a valid response has been provided and there has been no change in any circumstances that would affect the response; or,
4. an inmate files harassing grievances.

A determination of abuse shall be made by the Unit Administrator in writing and shall stipulate the restriction(s) imposed and its duration. Restrictions may include: (a) total denial of access to the grievance procedure; (b) a limitation on the number of grievances that may be filed; and, (c) a restriction as to the subject matter that may be grieved.

A determination of abuse may be appealed to the appropriate District Administrator by completing and depositing CN 9602, Inmate Administrative Remedy Form in the Administrative Remedies box. The decision of the District Administrator shall not be subject to further appeal.

P. **Records.**

1. **General Requirements.**

   a. A grievance file shall be maintained at each level for each grievance. The grievance file shall include a copy of the grievance, each response, and any supporting documents submitted in support of the grievance, presented during investigation, or relied upon in the decision.

EX Hibit D
TOTAL PAGES: 5

1. GRiEVANCE PGS 1 OF 2 AND 2 OF 2 DATED
   2-20-21

2. GRiEVANCE PGS 1 OF 2 AND 2 OF 2 DATED
   2-25-21

3. Level 2/3 APPEAL DATED 3-24-2021
                EVK



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

Facility/Unit: Bridgeport *PAGR 1 OF 2 ——>*   Date: 2-20-21

Inmate name: Francisco Olivencia   Inmate number: 360284

## SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** [X]

**I am filing a Grievance.**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** [ ]

**I am requesting a Health Services Review:**

| [ ] All Other Health Care Issues | [ ] Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**I am filing an Appeal of a** (select one below): *(Appeals must be filed within 15 days of notification of a decision)*

**C.**

| [ ] Disciplinary Action | | > | **Complete Section 3 below** |
|---|---|---|---|
| [ ] Special Management Decision | [ ] Classification Decision | > | |
| [ ] Media Review Committee Decision | [ ] Furlough Decision | > | **Complete Section 4** |
| [ ] Security Risk Group Designation | [ ] ADA Decision | > | |
| [ ] Determination of Grievance Process Abuse | [ ] Rejection of Outside Tapes/CDs | > | |
| | [ ] Rejection of Correspondence | > | |

## SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? | [ ] yes [ ] no | If yes, name of advisor: | | |
|---|---|---|---|---|
| Did you identify witness (es) to the investigator? | [ ] yes [ ] no | Did your witness (es) testify? | [ ] yes [ ] no |

Name(s) of any witness(es):

| **CONFIDENTIAL**<br>(FOR OFFICIAL USE ONLY) | Inmate name: Francisco Olivencia | |
|---|---|---|
| | Inmate number: 360284 | Housing: 39A 8-12 |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.     PAGE 2 OF 2    2-20-21
- PLEASE PRINT.

No Reformal resolution   Request form attached w/ no responce

. On December 1 2020 at 6:51PM I was assaulted upon exiting my cell by inmate Tariq Kashif #429192 in which immediately after being Assaulted, I was grabbed, picked up, and slammed to the floor in a manner that was Clearly unnecessary in terms of Stopping the assault! As a result of being slammed my leg at my right Knee was broken and my life altered Drastically, It was then determined by Medical I needed Hospital care and surgery, on Dec 11, 2020 I was admitted to get my surgery, I then returned to BCC and placed in the back Hospital in attempt to recover which would be a 3-6 month duration, NOW During my recovery at the Back Hospital dued to poor Sanatation and lack of COVID-19 preventation rules I Francisco Olivencia #360284 Contracted covid-19...

Stating my action which would be I would like to be compensated monetarily for this injury As well as the things I will no longer be able to do as a Young healthy man And I would like All officers to be reprimanded and noted to not use excessive force and to not abuse the color of state law...

| Inmate signature: Francisco Olivencia | | Date: |
|---|---|---|

- For all remedies except health services, deposit this form in the **Administrative Remedies box**.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW

| Date Received: 2/24/21 | IGP #: 123-21-020 | T#: 123-21139 |
|---|---|---|
| Disposition: | **Rejected** | Date of Disposition: |

Reason:
**You have submitted a level 1 grievance regarding staff conduct.  According to A.D. 9.6, Administrative Remedies, you have thirty days to file a grievance from the date of its occurrence.  At this time, your level 1 grievance has been rejected due to not meeting the time frame.**

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
|---|---|
| Signature: mc | Date: 3/4/21 |

*Pg 1 of 2*   *2-25-21*



## Inmate Administrative Remedy Form
### Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: Bridgeport   39A 8-12 cell | Date: 2/25/21 |
|---|---|
| Inmate name: Francisco Olivencia | Inmate number: 360284 |

### SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

**Follow the instructions** and **Refer to Section 2** below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☒
**I am filing a Grievance.**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** ☒
**I am requesting a Health Services Review:**

| ☒ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**C.** ☐

### SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

### SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY.
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | | |
|---|---|---|---|---|
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | | ☐ yes ☐ no |
| Name(s) of any witness(es): | | | | |

Pg 2 of 2  2-25-21

| CONFIDENTIAL | Inmate name: Francisco Olivencia |
| (FOR OFFICIAL USE ONLY) | Inmate number: 340284   Housing: 39 A 812 |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

CN9601 Attached w/ No responce...

I was discharged from Back Hospital earlier than i was supposed to be for what reason i have no clue, I signed a form indicating that i will be going to be recieving physical therapy which i havent been recieving in 2 munths since my surgery My Knee cannut absolutely bend at all and im suffering from this injury drastically cause i cannot do the things i use to even shower as often dued to the ledge and not being able to bend this is unusual and cruel punishment on behalf of medical not tending to the duties of their oath and the injury of my knee, I would like monitery damages awarded dued to the neglience brought to my actions.

Inmate signature: Francisco Olivencia    Date: 2/25/21

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 3/1/2021 | IGP #: 30119 | T#: |
| Disposition: No further action | Date of Disposition: 3/1/2021 |

Reason:

You requested to go to general population on 2/2/2021. You were given exercises to perform at last visit with ortho and stated understanding. A new copy will be given to you.

| ☑ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |

Signature:    Date: 3/1/2021



# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

| Inmate name: Francisco Olivencia *PAGE 1 OF 1* | | Inmate number: 360234 |
|---|---|---|
| Facility/Unit: Mcdougall CI | Housing unit: O-POD - 10 cell | Date: 3|24|2021 |
| IGP number: 123-21-020 | T number: 123-2155 | |

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: I got transferred during the exceeded amount of my duration of my grievance, which got denied, and wrote Counselor for level 2,3 appeal and had to wait 14 days prior on recieving a request spoken to grievance coordinator Bennett on the matter at hand, I was assaulted and slammed on the ground in a manner unnecessary in terms of stopping the assault and my knee broke and I have 2 screws a wire holding my knee together. I would like to be compensated monetarily for this injury. I honestly dont have no control when they write back or respond to the issue they're making it difficult for me to recieve or get any information or documents.

| Inmate signature: Francisco Olivencia | Date: 3|24|2021 |
|---|---|

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: 4/27/2021 | Disposition: *Rejected* | Date of disposition: 5/3/2021 |
|---|---|---|

Reasons: *You are appealing a level one grievance regarding allegations of excessive use of force. The response provided by Warden McClendon is appropriate. Per AD 9.6 Section 6c, the level 1 grievance must be filed within 30 days of the occurrence or discovery. Your discovery date is identified as December 1, 2020. You dated the grievance February 20, 2021 and it was received by the Administrative Remedies Coordinator on February 24, 2021. Both dates are beyond the allotted 30 days to submit a grievance.*

Level 2 reviewer:

| ☐ | This grievance may be appealed within 5 days to Level 3. |
|---|---|
| ☒ | ~~You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.~~ |

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

| Inmate signature: | Date: |
|---|---|

### Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:

EXHibiT "E"

TOTAL 5 PAGES

1. 8.9 MediCAL AdministRATIVE diRec-
TIVes PgS 1 OF 5 ThRU 5 OF 5

|   State of Connecticut<br>Department of Correction | Directive Number<br>8.9 | Effective Date<br>7/24/12 | Page 1 of 5 |
|---|---|---|---|
| ADMINISTRATIVE<br>DIRECTIVE | Supersedes<br>Health Services Review, dated 6/30/2009 | | |
| Approved<br><br>*Leo C. Arnone*<br><br>Commissioner Leo C. Arnone | Title<br><br>Administrative Remedy for Health Services | | |

1. <u>Policy</u>. The Department of Correction shall establish a Health Services Review procedure as the administrative remedy for all health services to enable an inmate to seek formal review of any health care provision, practice, diagnosis or treatment. Review of health care services enables the Department to identify individual and systemic problems, to resolve health care issues in a timely manner and to facilitate the accomplishment of its mission.

2. <u>Authority and Reference</u>.

   A.   Connecticut General Statutes, Section 18-81.
   B.   Administrative Directives, 4.7, Records Retention; 8.1, Scope of Health Services, and 9.6 Inmate Administrative Remedies.

3. <u>Definitions and Acronyms</u>. For the purposes stated herein, the following definitions apply:

   A    <u>ADA</u>: Americans with Disabilities Act.
   B.   <u>Compromised</u>: The application for Administrative Remedy has sufficient merit that some modification of the existing decision is warranted.
   C.   <u>Denied</u>. The application for Administrative Remedy is without merit.
   D.   <u>Health Services Appeal</u>. A request for reconsideration of a Health Services Review decision.
   E.   <u>Health Services Review Appointment</u>. A consultation with a physician, psychiatrist or dentist requested by an inmate to review the existing diagnosis or treatment of written concern.
   F.   <u>Health Services Review Coordinator (HSR Coordinator)</u>. An employee of the unit designated to coordinate the process of the Health Services Review.
   G,   <u>Health Services Unit</u>. An organizational component of the health services system, not including a housing unit.
   H.   <u>Return without Disposition</u>. The Administrative Remedy has not been written or processed according to Directive procedures.
   I.   <u>Review</u>. A review by an authorized health services staff member of: (1) an existing diagnostic or treatment decision, including a decision to provide no treatment; (2) an established policy, provision, procedure or practice, or the need for such; or (3) an allegation of improper staff conduct.
   J.   <u>Upheld</u>. The application for Administrative Remedy is granted.
   K.   <u>Utilization Review.</u> A process by which requests for specialty care, treatment, services, and/or diagnostic testing is reviewed for approval based on standardized guidelines.
   L.   <u>Withdrawn</u>. The inmate voluntarily discontinues the pursuit of an Administrative Remedy.

| Directive Number 8.9 | Effective Date | Page 2 of 5 |
|---|---|---|
| Title | Administrative Remedy for Health Services | |

4.   Notice.

    A.    This Directive shall be published in English and Spanish. Each inmate and health service provider shall be issued a written summary of this Directive. An inmate whose primary language is Spanish shall receive a copy written in Spanish. Appropriate provision shall be made for those who do not read, speak or understand English and Spanish. Inmates who are impaired or disabled shall receive assistance as necessary.

    B.    English and Spanish copies of this Directive shall be available in each inmate library and shall be provided to an inmate upon request.

    C.    During orientation, each inmate shall receive oral-instruction on this Directive, the means of filing for a review, the subject matters that each type of review pertains to, and the forms and provisions used for filing. This instruction shall encourage questions and take place as part of the orientation curriculum no later than 2 weeks after admission.

5.   Access. Each inmate in the custody of the Commissioner of Correction shall have access to a Health Services Review. Special provisions shall be made to ensure access for those requesting assistance.

6.   Depositories and Collection. Each request for Health Services Review shall be submitted by depositing the request in a locked box clearly marked as 'Health Services Reviews or Health Services Remedies.' The Unit Administrator shall ensure that these boxes are properly labeled and available in each housing unit. The Health Services Contracted Provider shall assign staff to collect the contents of the boxes, and shall establish a regular and timely collection schedule.

7.   Health Services Contracted Provider. The Health Services Provider shall establish the scope of authority and the duties necessary to implement and administer the Health Services Review process for each facility via policies and procedures. Policies shall include a plan for sufficient staff assignments to coordinate the volume of remedies for each facility. Timely instruction regarding this Directive shall be provided to all affected healthcare staff during pre-service or in-service training.

8.   Health Services Review Coordinator (HSR Coordinator).

Assigned coordinators shall be responsible at a minimum for the following:

    A.    ensure that instruction about the Health Services Review is included in the inmate orientation curriculum;

    B.    ensure that CN 8901, Appeal of Health Services Review is available in all housing units;

    C.    ensure that the collection of requests from Health Services boxes is regular and timely;

    D.    ensure that Health Services Review requests are properly logged and routed for evaluation and response; and,

    E.    Provide monthly and annual reports for submission to CTDOC.

9.   Types of Review. There are two types of Health Services Review:

| Directive Number 8.9 | Effective Date | Page 3 of 5 |
|---|---|---|
| Title | Administrative Remedy for Health Services | |

      A.      <u>Diagnosis and Treatment.</u> A review of a diagnosis or treatment including a decision to provide no treatment, relating to an individual inmate.

      B.      <u>Review of an Administrative Issue.</u> A review of a practice, procedure, administrative provision or policy, or an allegation of improper conduct by a health services provider

10.     <u>Informal Resolution.</u> The inmate must attempt to seek an informal resolution prior to filing for a Health Services Review. The inmate must attempt to resolve the issue face to face with the appropriate staff member or with a supervisor via written request utilizing CN 9601 Inmate Request Form. The inmate must clearly state the problem and action requested to remedy the issue. The request must be free of obscene or vulgar language or content. A response to the inmate shall be made within 15 calendar days from receipt of the written request.

11.     <u>Review of a Diagnosis or Treatment</u>. An inmate, who is dissatisfied with a diagnosis or treatment that pertains to him/herself, may apply for a Health Services Review if informal resolution via inmate request was unsuccessful. By utilizing CN 9602 Inmate Administrative Remedy form an inmate shall check the 'Diagnosis/Treatment' box and explain concisely the cause of his/her dissatisfaction, and deposit the completed form in the Health Services Remedies/Review box. The inmate should provide a concise statement of what particular diagnostic or treatment decision he/she believes to be wrong and how he/she has been affected. A properly submitted request for Review of a Medical Decision shall be handled according to the following procedures:

      A.      Upon receipt of CN 9602, Inmate Administrative Remedy Form, the HSR Coordinator shall schedule a Health Services Review Appointment (HSRA) with a physician, dentist, or psychologist /psychiatrist, as appropriate, as soon as possible and at no cost to the inmate, to determine what action, if any, should be taken. If the physician decides that the existing diagnosis or treatment is appropriate, the inmate shall have exhausted the health services review. The physician shall notify the inmate of the decision, in writing within ten (10) business days by indicating 'No Further Action' in the disposition field of CN 9602, Inmate Administrative Remedy Form.

      B.      If the physician decides that a different diagnosis or treatment is warranted, he/she may either (1) act on his/her decision; or, (2) refer the case to the Utilization Review Committee for authorization by indicating 'Change of Treatment' or 'Referred to URC', as appropriate, in the disposition field of CN 9602, Inmate Administrative Remedy Form.

      C.      In the case of Sections 11(A) or 11(B) of this Directive, the physician shall make an entry in the inmate's health record denoting the visit as a Health Services Review Administrative Remedy appointment, in addition to any medical notations.

      D.      If the physician refers a case to the Utilization Review Committee, Attachment A, HR 202, Utilization Review Request shall be completed and reviewed according to the contracted health services provider's Utilization Review policies.

      E.      If the Utilization Review Committee denies a physician's recommendation/opinion of a treatment or diagnosis, an appeal may be initiated by the physician, using Attachment A, HR 202, Utilization Review Request.

      F.      If an inmate receives a Health Services Review appointment, and no change in diagnosis or treatment results from this review, either

| Directive Number 8.9 | Effective Date | Page 4 of 5 |
|---|---|---|
| Title | Administrative Remedy for Health Services | |

through Physician appointment or Physician appeal, he/she may not request a second review for this same issue unless his/her clinical situation has changed significantly since the first review.

12. <u>Review of an Administrative Issue</u>. An inmate who is affected by a circumstance as described in Section 9(B) of this Directive may request a review of a practice or procedure by checking the 'All Other Health Care Issues' box on CN 9602, Inmate Administrative Remedy Form, and depositing it in the Health Services box. The inmate should provide a concise statement of what he/she believes to be wrong and how he/she has been affected. A properly submitted request for Review of an Administrative Issue shall be handled according to the following procedures:

    A. Each review shall be evaluated, investigated and decided upon by HSR Coordinator within thirty (30) days. The outcome shall be indicated by one of the following dispositions: Rejected, Denied, Compromised, Upheld or Withdrawn.

    B. If the inmate is dissatisfied with the response, the inmate may appeal within ten (10) business days by completing CN 8901, Appeal of Health Services Review and depositing it in the Health Services box.

    C. The appeal shall be decided by the contracted health services provider (designated facility health services director or designee) within fifteen (15) business days of receiving the appeal, and the inmate shall be promptly notified. For all issues relating to compliance with existing standards, this review shall be final; the inmate shall have exhausted the health services review process.

    D. If the matter relates to a health services policy of the Department, the inmate may appeal to the DOC Director of Health Services within ten (10) business days of receipt of the response from the contracted health services provider (designated facility health services director or designee) by completing CN 8901, Appeal of Health Services Review and depositing it in the Health Services box.

    E. Within thirty business (30) days of receipt of such appeal the DOC Director of Health Services or designee shall notify the inmate of the decision. Upon receipt of this decision, the inmate shall have exhausted the Health Services Review for administrative issues.

13. <u>Records</u>.

    A. A log of each Health Services Review request and appeal shall be maintained by the HSR Coordinator.

    B. A file of each Health Services Review request and appeal shall be maintained by the HSR Coordinator, containing copies of the forms that have been used in the review or appeal.

    C. The health record of each inmate who has applied for a Review of a Diagnosis or Treatment shall contain a copy of the forms used in the Review, notations in the clinical record including a notation of 'HSR Administrative Remedy' appointment.

    D. The Health Services Review files of individuals shall be subject to HIPAA standards.

    E. Administrative records shall be maintained for three (3) years in accordance with Administrative Directive 4.7, Records Retention.

14. <u>Monitoring and Evaluation</u>. The contracted health care provider shall keep an electronic log of all reviews and appeals along with the final disposition of all reviews and appeals. The electronic log shall be

| Directive Number 8.9 | Effective Date | Page 5 of 5 |
|---|---|---|
| Title | Administrative Remedy for Health Services | |

reviewed routinely for timeliness and appropriateness of response according to policy.
The Director of Health and Addiction Services or designee shall have access to the electronic log and shall receive a hard copy report from the HSA upon request.

15.   Forms and Attachments. The following forms and attachments are applicable to this Administrative Directive and shall be utilized for the intended function:

    A.    CN 8901, Appeal of Health Services Review;
    B.    Attachment A, HR 202, Utilization Review Request; and,
    C.    Attachment B, Health Services Review Routing Chart.
    D.    Attachment C, Memorandum of Agreement (Coordination of Treatment Services and Referral.)

16.   Exceptions. Any exceptions to the procedures in this Administrative Directive shall require prior written approval from the Commissioner.

54) MORREOVER THE PLAINTIFF STILL EXHAUSTED IN EX D eg, see 1 pg IN MATE GRIEVANCE APPEAL LEVELS 2/3

55 WHERE THE PLAINTIFF EXHAUSTED THE Appeal TO THE GRIEVANCE Filed, AND Rejected ON 2-20-21 IN EX.D AND

56 AGAIN THE disposition WAS ERRANTLY Rejected ON 5-3-2021 EX.D AND

57 THE PLAINTIFF Received A Check IN THE box Telling him THAT he had EXhaustED AND level 3 Appeal Will NOT be ANSWERED "

58 ON 12-1-20 IMMEDIATELY Following THE INcident THE PLAINTIFF REQUESTED TO

59 PERSERVE AND ARChive ANY AND All Camera FOOTAGE SURRounding THE INcident IN

60 ITS ENTIRETY HOWEVER BRIDGEPORT C.C PRISON OFFICIALS INTENTIONALLY SPOLIATED THE

61 PLAINTIFFS REQUEST FOR THE CAMERA FOOTAGE THE PLAINTIFF THEN WAITED 15 business days AS ORDERED by directive AND due TO X-MAS, AND

[7]

62 New Year holidays on 1-11-21 submit-
    ted A Follow Up Request To his Unit Coun-
    selor Asking could They Locate his

63 Original Request For The Camera Foot-
    Age he Requested on 12-1-20 With An up
    or down decision To The Perservation.

64 e.g. see Counselors Response In Ex.F-In-
    Mate Request Form Dated 1-11-21

65 Where The Counselor Responded That In
    Order To Find out The Status of The

66 Requested Camera Footage on 12-1-20 That
    The Plaintiff Would have To Contact
    C.C. Palumbo. e.g. see Ex.F 1-18-2021

67 When The Plaintiff Contacted Palumbo
    Palumbo Started Giving The Plaintiff

68 The Run Around Telling him That he had
    To Write Captain Schneider e.g. see
    I.R.F. Ex.F 1-18-2021

69 On February First And February 5, 2021
    The Plaintiff Wrote Captain Schneider

70 Who Refused To Respond back see Ex.F
    I.R.F. Dated 2-1-2021 And Feb 5, 2021

[8]

71 THE PLAINTIFF WAS shortly THEREAFTER TRANSFERRED TO Mcdougall WALKER C.I AND

72 he THEREFORE WROTE FIRST GRIEVANCE Coordinator bennett e.g see I.R.F, EX.F, 3-8-2021

73 ALSO see EX.E WhERE THE PLAINTIFF followed up with The Requests To KNOW THE WHEREAbouts OF his GRIEVANCE/APPEAL

74 ON 3-17-2021, 3-23, 2021, MAY 9, 2021, AND MAY 10, 2021 With NO Response TO The GRIEVANCE APPEAL.

75 e.g. see 4 I.R.f's In EX.G MOREOVER see IRF DATED MARCH 16, 2021 To F.O.I

76 Where The PLAINTIFF STILL Requesting The PERSERVATION OF 12-1-20 INCIDENT e.g. See EX.H I.R.F. DATED MARCH 15, 2021

77 Where The OFFICE OF PERSERVATION here AT Mcdougall Assured The PLAINTIFF ON MARCH 15, 2021

78 That ONCE The Video FROM 12-1-20 WAS PROCESSED AND PERSERVED he Would here FROM Them, ITS NOW been OVER 70 dAYS AND

[9]

79 The PLAINTIFF HAS yet TO Receive The PERSERVATION REQUESTED/SINCE 12-1-2020

80 OR ANY INCIDENT REPORTS, NAMES OF OFFICERS Involved IN The Incident.

81 The NAME OF OFFICER (s) That SLAMMED him AND bROKE his KNee, OR The OFFICERS Who helped PIN him TO The FLOOR AFTER The Incident.

82 The PLAINTIFF IS ASKing The COURT TO ORder A VERY NARROWLY TAILORed TEMPORARY RESTRAINING ORDER And

83 A PRELIMINARY INJUNCTION ORDERing PRISON OFFICIALS TO STOP denying The PLAINTIFF The NAMES OF OFFICERS,

84 That WAS INVOLVED IN The AFORESAID INCident INCLUding but NOT LimiTED TO The OFFICER Who SLAMMED MR.

85 TO TURN OVER The REQUESTED Video OF The INCidENT AS Well AS All RELEVANT DOCUMENTS SUCH AS INCidENT REPORTS REC----
[10]

86 The NAMES OF All RELEVANT Medi-
CAL PRISON OFFiciALS Who PARTi-
Cipated And MAY be CULPABLe

87 OF This EgRegiously WOEFUL ACT
OF deliBeRATE IndiFFERENCE

88 MOREOVER The PLAINTIFF ASKS The
COURT TO ORdER ThAT no Medical
RECORds OF The Incident IS destRoyed

89 ALTERed, hidden, ChANgedORSPOLI-
ATed In Any OTheR MANNER AN

90 ThAT The PLAINTIFF hAS UN FeTTeRed
Access TO The Medical dePARTMENT

91 ThRough Request TO deAL WITh Any And
All PAin ReLATed ISSUES ThAT Involves
The CAPTIoned CASE.

92 The PLAINTIFF Will AMEND The Com-
PLAINT TO Add ALL RELEVANT JANE AND
John Does By NAME And RANK Who hAd
InvoLVEMENT OF This dePRIVITY
[11]

93 THAT CAUSED THIS INSURMOUNTABLE
   AMOUNT OF UNWANTED AND UNNECES-
   SARY PAIN AND SUFFERING.

94. THE PLAINTIFF ASKS THE COURT TO HOLD
   AND FIND ALL INVOLVED RESPONSIBLE AND

95 ACCOUNTABLE FOR THEIR ACTS AND OM-
   MISSIONS THAT CONTRIBUTED TO

96 THE PLAINTIFF AGGREGATE AND CON-
   TINUIOUS PAIN AND SUFFERING AND

97 THAT THE PLAINTIFF BE AWARDED
   FAIR AND JUST COMPENSATION

98 IN THE FORM OF COMPENSATORY AND
   PUNITIVE DAMAGES AS THE COURT SEES
   FIT                    SIGN Francisco Oivencia

CERTIFICATION
I HEREBY CERTIFY/SWEAR THAT A COPY
OF THE FOREGOING WAS GIVEN TO A MAC-
DOUGALL PRISON OFFICIAL ON THIS 24TH
DAY OF MAY, 2021 TO BE E-FILED TO U.S. D.C.
A COPY OF THIS DOCUMENT WILL BE SENT TO
ALL PARTIES VIA COURTS ELECTRONIC FILING
SYSTEM.          [12] SIGN Francisco Oivencia

EX Hibit F
TOTAL Pgs 5

1. ("I.R.F.") INMATE Request FORM DATed
1-11-21

2. I.R.F. DATed 1-18-21

3. I.R.F. DATed 2/1/21

4. I.R.F. DATed Feb 5, 2021

5 I.R.F. DATed 3-8-2021

End



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Francisco Olivencia | Inmate number: 300284 |

| Facility/Unit: Bridgeport | Housing unit: B11 Icell | Date: 01/1/2021 |

Submitted to: Counselor

**Request:**

Can i get a account balance print out plz?

Can! you see about my camara preservation on the
incident that occurred on Dec 1 2020 thank you
I wrote Polumbo

*continue on back if necessary*

**Previous action taken:** Thank you for your respose help me recieve my account balance but my main question WAS

Can You see about my camara footage being preserved thank you?

*continue on back if necessary*

| Acted on by (print name): | Title: |

**Action taken and/or response:** In regards to your camera footage request, you have to follow up with C.C. Palumbo.

*continue on back if necessary*

| Staff signature: | Date: |



# Inmate Request Form
## Connecticut Department of Correction

A-10-1

CN 9601
REV 1/31/09

| Inmate name: Francisco Olivencia | Inmate number: 360234 |

| Facility/Unit: Bridgeport | BACK Hosp | Housing unit: Back Hospital | cell | Date: 1/18/2001 |

Submitted to: Counselor Supervisor Palombo - You spelled it right on the back page!

**Request:**

Can i please be able to have you or any higher up preserve camara footage

for Dec 1, 2020 at aproximately 6:30pm thru 7:00 pm in 39A7 corridor

thank you

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

| Acted on by (print name): | Title: |

**Action taken and/or response:** You will need to write to the Administrative Captain - Captain Schneider for video preservation. You need to be very specific about what you need - day, date, time period, specific part of the facility, specific incident that may have occurred, etc. You can put the request in the Counselors request box or the US mail box.

*continue on back if necessary*

| Staff signature: CC Palombo | Date: 1/21/21 |

IF YOU DO NOT WRITE YOUR **NAME, INMATE # & BED #**
<u>YOU WILL NOT GET A RESPONSE BACK</u>
**You will receive a response within <u>15 BUSINESS DAYS</u> from the day staff
receives the request. <u>DO NOT</u> write multiple requests for the same issue if
it has not been <u>15 BUSINESS DAYS</u> since your first request***

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Francisco Olivencia | Inmate number: 360284 |
|---|---|

Facility/Unit: **BCC** | Housing Unit: **38 A or B** Cell#: Back Hospital &8 cell | Date: 2/1/2021

Submitted to: Captain Snyder

**Request: (BE SPECIFIC)**

Hello I have written you several request forms do not know if you recieved them but Im asking if you can "Preserve Camara Footage"

On DECEMBER 1, 2020 Approxiametly 6:40 pm - 7:00 pm in 39A7 corridor

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): | Title:

Action taken and/or response:

continue on back if necessary

Staff signature: | Date:

IF YOU DO NOT WRITE YOUR NAME, INMATE NUMBER, BLOCK, AND YOUR
BED NUMBER YOU WILL NOT BE ABLE TO GET A RESPONSE BACK.

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Francisco Olivencia

Inmate number: 349284

Facility/Unit: BCC     **Housing: BLK** 39 **UNT** A **COR** 10 **CELL** 1     Date: Feb 5, 2021

Submitted to: Captain Schneider

I Have written you several request forms dont Know if
you recieved em or not but Im trying again in attempt
to have you preserve camara footage   thank you.

Can you preserve camara footage for following date, time, specific part
of facility, incident that occurred...
December 1, 2020 | DAte
6:30 pm - 7:00 pm | Time
39 A - 7 corridor | Specific Part ( Hallway )
Assaulted, C/o using excessive force| incident occurred

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):                              Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:                                        Date:

IF YOU DO NOT WRITE YOUR NAME, INMATE NUMBER, BLOCK, AND YOUR
BED NUMBER YOU WILL NOT BE ABLE TO GET A RESPONSE BACK.

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Francisco Olivencia | Inmate number: 360284

Facility/Unit: BCC | Housing: BLK P.pod UNT ____ COR____ CELL 27 | Date: 3|08|2021

Submitted to: Greavence

I filed A level one Greavence in Bridgeport County
I would like to know the status so i may procced to A
level 2 then so forth thank you can you find
out. whats going on can you find out

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): Bennett | Title: CC

Action taken and/or response:

Receipt # '23-21-30    123-21-020
                        grievance #

continue on back if necessary

Staff signature: ARC (B) | Date: 3/9/2021

EX Hibit G

TOTAL pgs 4

1. I.R.F MARCh 17, 2021

2 I.R.F. MARCh 23, 2021

3 I.R.F. MAY 9, 2021

4. I.R.f MAY 10, 2021

End



# Inmate Request Form
**Connecticut Department of Correction**

CN 9602
Rev. 9/3/08

| Inmate Name | Inmate no. |
|---|---|
| Francisco Olivencia | 360284 |

| Facility | Housing unit & cell # | Date Wednesday |
|---|---|---|
| Mcdougall | O-PoD 10 cell | march 17, 2021 |

Submitted to greavence

Request I dont quite understand how my greavence keeps
getting rejected I followed the chain of command waited
for a response havent gotten a response I then got the
run around with the delay of my response (which i havent
gotten as you can see) i know you know how DOC correspond
with greavence, it has 3 months and still could'nt get
no response from any chain of command i do have

*(continue on back if necessary)*

Previous Action Taken reciepts to verify all my attempts to get
a resolution, can you please see it and see what may
me done thank you...

*(continue on back if necessary)*

| Acted on by (print name) | Title |
|---|---|

Action Taken and/or Response

See attached

*(continue on back if necessary)*

| Staff Member Signature | | Date |
|---|---|---|
| ARC (B) | | 3/25/2021 |



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Francisco Olivencia

Inmate number: 360284

Facility/Unit: Mcdougall

Housing unit: O-Pod-10cell

Date: Monday March 22, 2021

Submitted to: greavence coordinator

Request: So you denied my greavence dued to 9.6 regulations.
I have copies of my prior request forms and previous greavence
that can show and prove that I tried attempting to resolve it through
request and find resolution, Im not tryin to put no burden amongst
you but I really attempted to go and follow chain of command
prior to file for an greavence the system followed by DOC made
and making hard to just exhaust my greavence.
My knee was broken prior to an assualt I only want my
greavence resolved or exaughsted Can you please call me down
so I can show you my proof even showed Captain Santana

**continue on back if necessary**

Previous action taken: he emailed you prior to seeing my proof
of my attempts. on attempting a remedy to my problem.

**continue on back if necessary**

Acted on by (print name): Bennett

Title: CC

Action taken and/or response:

See attached level 2 form

**continue on back if necessary**

Staff signature: CC Bennett

Date: 3/25/2021

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Francisco Olivencia

Inmate number: 360284

Facility/Unit: Macdougall

Housing unit: P-POD 25

Date: May 9, 2021

Submitted to: Greavence Coordinator

**Request:**

Hello Mrs. B I was wondering what is the status upon my greavence form I put on my level 2 please get back to me asap.

thank you

CC: myself and file

**continue on back if necessary**

**Previous action taken:**

**continue on back if necessary**

Acted on by (print name):

Title:

**Action taken and/or response:**

**continue on back if necessary**

Staff signature:



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Francisco Olivencia

Inmate number: 340284

Facility/Unit: mcdougall

Housing unit: PP0025

Date: May 10, 2021

Submitted to: Greavence coordinator

Request:

I wrote several requested to get my greavence havent recieved nothing yet for A responce to a level 2 can you see whats the issue.

made copies for own purposes.

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name):

Title:

Action taken and/or response:

Your level 2 appeal is still pending. please remain patient as original was sent to 123 then to approprieate district.

**continue on back if necessary**

Staff signature:

Date: 5/11/2021

EXHibiT H

TOTAL pAges:one

1, I,R,F, MARCh 15, 2021

End

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/08

**Inmate Name** Francisco Olivencia

**Inmate no.** 360284

**Facility** McDougall CI

**Housing unit & cell #** P-POD

**Date** Monday March 15, 2021

**Submitted to** (FOI)

**Request** Can you please help me retrieve the following from Bridgeport County

Incident report for December 1, 2020 aprox 6:51 pm 39A-7 corridor Hallway

Every and all officers, lieutenant and Captain (Supervisors) who responded to code blue on December 1 2020 aprox 6:5 9A-7 corridor

*(continue on back if necessary)*

RECEIVED
MAR 16 2021
pm
MacDougall-Walker
Correctional Institution

**Previous Action Taken**

Camera preservation for December 1, 2020 aprox 6:5 :00 pm
(39A-7 corridor Hallway)
location

i wrote them many times and have the copies to em if you want em

*(continue on back if necessary)*

**Acted on by (print name)**

**Title**

**Action Taken and/or Response**

This request is being worked on once its Processed you will hear from this office

*(continue on back if necessary)*

**Staff Member Signature**

**Date** 3/16/21

If you need more space, attach additional pages but be as brief as possible.

## F.   REQUEST FOR RELIEF

Tell the court what kind of relief you want. Remember: (1) You can only get money damages for mental or emotional injury if you were also physically injured. (2) Money damages may be reduced to pay restitution to victims of your crime and fees to a court-appointed attorney, if you had one. (3) You cannot use a Section 1983 or Bivens action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

Physical pain, mental anguish, fright and shock, embarrassment
monetarily and punitive damages          $1.5 Million dollars

## G.   Do you wish to have a jury trial? Yes ✓   No_____

## H.      DECLARATION UNDER PENALTY OF PERJURY

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.  I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _Francisco Olivercia_____

Signed at _Macdougall CI_____ on _5-26-2021____
                     (Location)                                      (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. The complaint cannot be filed without a signature from each plaintiff.

LEVEL2

# Administrative Remedy Receipt
## Connecticut Department of Correction

O-10   CN 9603
REV 1/1/08

123-21-020

| Facility number: 137 to 123 | Receipt number: T137 - 013303 |
|---|---|
| Inmate name: Olivencia, Francisco | Inmate number: 360284 |

The Admin Remedies Coordinator has received your: ☐ Grievance ☐ Appeal ☐ Property Investigation
and the appropriate procedure will commence in accordance with AD 9.6, Inmate Administrative Remedies.

| Administrative Remedies Coordinator: ARC B | Date: 4/1/2021 |
|---|---|

Distribution: original (white) to inmate, copy (yellow) to file

Level 1

# Administrative Remedy Receipt
## Connecticut Department of Correction

CN 9603
REV 1/1/08

| Facility number: 123 →114 | Receipt number: 123-2113 9 |
|---|---|
| Inmate name: Olivencia, Francisco | Inmate number: 360284 |

The Admin Remedies Coordinator has received your: ☒ Grievance ☐ Appeal ☐ Property Investigation
and the appropriate procedure will commence in accordance with AD 9.6, Inmate Administrative Remedies.

| Administrative Remedies Coordinator: CCT Edwards | Date: 3/4/21 |
|---|---|

Distribution: original (white) to inmate, copy (yellow) to file

# Inmate Request Form
## Connecticut Department of Correction

**CN 9601**
**REV 1/31/09**

| | |
|---|---|
| **Inmate name:** Francisco Olivencia | **Inmate number:** 360284 |

| | | |
|---|---|---|
| **Facility/Unit:** Macdougall CI | **Housing unit:** M1 - 11 | **Date:** May 28, 2021 |

**Submitted to:** Counselor Warwick

**Request:**

I would like to E file this documents to Bridgeport Federal court please and thank you.

*continue on back if necessary*

**Previous action taken:**

E-file
Olivencia
M-11
#360284

*continue on back if necessary*

**Acted on by (print name):**

**Title:**

**Action taken and/or response:**

*continue on back if necessary*

**Staff signature:**

**Date:**