UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCISCO OLIVENCIA | : | CIVIL NO. 3:21-CV-00739 (OAW) |
| V. | : | |
| PUN, ET AL. | : | APRIL 4, 2023 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the above-captioned case as to all Defendants, with prejudice, and without an award of costs to either party.

| | |
|---|---|
| PLAINTIFF,<br>FRANCISCO OLIVENCIA, | DEFENDANT,<br>CORDERO<br><br>WILLIAM TONG<br>ATTORNEY GENERAL |
| By: _/s/ Jenna Scoville_<br>Edward J. Heath (ct20992)<br>Jenna Scoville (ct30949)<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Tel. No.: (860) 275-8200<br>Fax No.: (860) 275-8299<br>E-mail: eheath@rc.com<br>          jscoville@rc.com | BY: _/s/ Edward Rowley_<br>Edward D. Rowley (ct30701)<br>Assistant Attorneys General<br>110 Sherman Street<br>Hartford, CT 06105<br>T: (860) 808-5450<br>F: (860) 808-5591<br>E: Edward.rowley@ct.gov |

2

## CERTIFICATION

I hereby certify that on April 4, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          */s/ Jenna Scoville*
          Jenna Scoville